**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:   406-657-6101
Fax:     406-657-6058
Email:   Zeno.Baucus@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

FILED
OCT 2 0 2022
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA LEON HIESTAND, Defendant. | CR 22-122-BLG-SPW
INDICTMENT
STALKING (Count 1)
Title 18 U.S.C. §§ 2261A(2)(B)
(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release)
HARASSING TELEPHONE CALLS (Count 2)
Title 47 U.S.C. § 223(a)(1)(E)
(Penalty: Two years of imprisonment, $250,000 fine, and one year of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1

That beginning in or around November 2020, and continuing through May 2022, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, JOSHUA LEON HIESTAND, with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate, Jane Doe 1, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that caused, and would reasonably be expected to cause, substantial emotional distress to Jane Doe 1, in violation of 18 U.S.C. § 2261A(2)(B).

COUNT 2

Between November 2020 and Mary 2022, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, JOSHUA LEON HIESTAND, in interstate and foreign communications, made repeated interstate telephone calls and repeatedly initiated communication with a

//
//
//
//
//
//

telecommunications device, during which conversation and communication ensued, solely to harass a person at the called number and the person who received the communication, in violation of 47 U.S.C. § 223(a)(1)(E).

A TRUE BILL.

Foreperson signature redacted. Original document filed under

/FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
*for* Criminal Chief Assistant U.S. Attorney